UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| Jarrett R. Jenkins, | Case No.: 1:26-cv-1140 |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| | **FEDERAL QUESTION** |
| Concora Credit Inc., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq.*, and 15 U.S.C. § 1681 *et seq.*, Concora Credit Inc. ("Defendant") hereby gives notice of removal of this cause of action, under the caption *Jarrett R. Jenkins v. Concora Credit Inc.* from the District Court of the State of New York, County of Nassau ("State Court Action") to the United States District Court for the Eastern District of New York. In support of removal, Defendant, by and through its attorneys, states as follows:

1.  Defendant's registered agent received a copy of the Complaint via U.S. Mail on January 30, 2026. A copy of the Complaint is attached as Exhibit 1.

2.  All process, pleadings, and orders served upon Defendant to date are included in Exhibit 1.

3.  This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441. Plaintiff's Complaint alleges that Defendant violated the Fair Credit Reporting Act, 15 U.S.C. § 1681b. This Court is the proper district for removal

because the District Court of the State of New York, County of Nassau is located within the jurisdiction of the United States District Court for the Eastern District of New York.

4.  Defendant will promptly serve Plaintiff with this Notice of Removal, informing Plaintiff that this matter has been removed to federal court. Defendant will also promptly file a Notice of Removal with the District Court of the State of New York, County of Nassau, where Plaintiff commenced the state court action.

5.  This notice of removal is timely filed under 28 U.S.C. § 1446(b), which provides that a notice of removal must be filed within 30 days after defendant receives, by service or otherwise, the initial pleading. Defendant's registered agent received a copy of the Complaint via U.S. Mail on January 30, 2026. *See* Ex. 1. Therefore, this Notice of Removal is timely.

6.  By virtue of this Notice of Removal of Action and the Notice filed in the Action, Defendant does not waive its rights to assert any personal jurisdictional defenses or file other pre-answer motions including Federal Rule of Civil Procedure 12 motions and/or motions to compel arbitration as permitted by the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: February 27, 2026

By /s/ Michael T. Etmund
Michael T. Etmund, NY REG # 5168331
COZEN O'CONNOR
150 South Fifth Street, Suite 1200
Minneapolis, MN  55402
Telephone:  (612) 877-5000
Facsimile:  (612) 877-5999
MEtmund@cozen.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2026, the foregoing document was filed with the Clerk of the Court and served via U.S. mail upon the following parties and participants:

Jarrett R. Jenkins
334 Locust Street, Apt. 1
West Hempstead, NY 11552

                                            /s/ Michael T. Etmund
                                            Michael T. Etmund