UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Jarrett R. Jenkins,<br><br>    Plaintiff,<br><br>v.<br><br>Concora Credit Inc.,<br><br>    Defendant. | Case No.:  1:26-cv-1140 |

---

**RULE 7.1 DISCLOSURE STATEMENT OF CONCORA CREDIT INC.**

Defendant Concora Credit Inc. ("Concora") being a non-governmental party, by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, and states as follows:

Concora Credit Inc., f/k/a Genesis FS Card Services, Inc., is a privately held corporation. No publicly held corporation owns 10% or more of its stock.

Dated:  February 27, 2026

By /s/ Michael T. Etmund
Michael T. Etmund, NY REG # 5168331
COZEN O'CONNOR
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402-4129
Telephone:  (612) 877-5309
MEtmund@cozen.com
Attorneys for Defendant

7703720v1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2026, the foregoing document was filed with the Clerk of the Court and served via U.S. mail upon the following parties and participants:

Jarrett R. Jenkins
334 Locust Street, Apt. 1
West Hempstead, NY 11552

                                                  /s/ Michael T. Etmund
                                                  Michael T. Etmund